**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| John Stodola, | Civil No. 11-715 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Forum Communications Company, d/b/a Duluth News Tribune, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  March 24, 2011

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge