**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| John Stodola, | Civil No. 11-715 (RHK/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Forum Communications Company, d/b/a Duluth News Tribune, | |
| Defendant. | |

_____

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 17), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 25, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge